AUSA: Steven J. Kochevar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 23 MAG 7095

UNITED STATES OF AMERICA

v.

MARK GRAYSON,

Defendant.

**COMPLAINT**

Violation of 18 U.S.C. § 922(g)(1)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

EDGARDO BARBOT, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

## COUNT ONE
### (Felon in possession of a firearm)

1.      On or about August 6, 2023, in the Southern District of New York and elsewhere, MARK GRAYSON, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a 9mm Sig Sauer pistol, bearing serial number 26C004191, and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.      I am a Detective assigned to the Trigger Lock Unit of the Firearms Suppression Section, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses and others, and my examination of reports, records, and video footage. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.      I have spoken with officers in the NYPD ("Officer-1" and "Officer-2"). Based on my conversations with Officer-1 and Officer-2 and my review of NYPD reports and records and body camera footage from NYPD officers, I have learned, in substance and in part, and among other things, the following:

    a. On or about August 6, 2023, at approximately 12:40 A.M., Officer-1 was conducting his routine foot patrol duties with Officer-2 in the vicinity of Brook

Avenue and East 140th Street in the Bronx, New York. At the intersection of East 140th Street and Brook Avenue, East 140th Street is an eastbound one-way street that does not continue through Brook Avenue.

b.  According to Officer-1, on or about August 6, 2023, at approximately 12:40 AM, Officer-1 observed a vehicle (the "Vehicle") traveling southbound on Brook Avenue attempt to turn the wrong way on East 140th Street, in that the vehicle attempted to turn left off Brooks Avenue to travel eastbound on East 140th Street. The Vehicle struck a vehicle parked near the intersection of East 140th Street and Brook Avenue and stopped moving. Immediately after the Vehicle stopped, Officer-1 observed MARK GRAYSON, the defendant, emerge from the driver's door of the Vehicle and run eastbound on the southern sidewalk of East 140th Street. There are basketball courts immediately to the south of the southern sidewalk of East 140th Street, for a portion of the block. These basketball courts are separated from the southern sidewalk of East 140th Street by a fence. There is a gap between the fence and the ground.

c.  Officer-1 began to chase GRAYSON eastward on the south sidewalk of East 140th Street. According to body camera footage, during his pursuit, Officer-1 shouted, in sum and substance, "Police! Don't move!" According to Officer-1, immediately after Officer-1 shouted this, he observed GRAYSON shift his body and throw something down, along the ground, in a sliding motion. GRAYSON threw the object to his left. Immediately after throwing the object, GRAYSON turned to the right, ran across East 140th Street and began to run westbound back down East 140th Street on its northern sidewalk.

d.  Officer-2 also chased GRAYSON eastbound on the south sidewalk of East 140th Street, behind Officer-1. According to Officer-2, Officer-2 heard Officer-1 shout and thereafter saw GRAYSON make a tossing motion off to the side, like he was throwing something under the fence to his left. Officer-2 heard a clinking sound, like metal hitting something, after GRAYSON made the motion. While she was running after GRAYSON, Officer-2 saw two individuals on the other side of the fence to her left, on a bench next to a basketball court.

e.  Other NYPD officers apprehended GRAYSON as he ran westbound down the north sidewalk of East 140th Street. After GRAYSON was apprehended, Officer-1 and Officer-2 returned to near where they had observed GRAYSON throw something and searched for the object. When they were searching, the two individuals previously on the other side of the fence were no longer there.

f.  With the assistance of other NYPD officers, Officer-1 and Officer-2 located a 9mm Sig Sauer pistol, bearing serial number 26C004191, (the "Firearm") on the other side of the fence, in the vicinity of where they had observed GRAYSON throw the object while they were chasing him.

4.  Based on my training and experience, and my communications with other law enforcement agents, including a Special Agent from the Bureau of Alcohol, Tobacco, Firearms

and Explosives who is familiar with the manufacturing of firearms, I know that the Firearm was not manufactured in New York State.

5.        I have reviewed criminal history records pertaining to MARK GRAYSON, the defendant, which show that GRAYSON was convicted on or about March 18, 2015, in the United States District Court for the Southern District of New York, of Conspiracy to Participate in a Racketeering Enterprise, in violation of 18 U.S.C. § 1962(d), a felony, which is punishable by imprisonment for more than one year. These criminal history records also show that GRAYSON was convicted on or about October 22, 2018, in the United States District Court for the Southern District of New York, of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g), a felony, which is punishable by imprisonment for more than one year. During his October 22, 2018, plea hearing, GRAYSON stated in front of a judge, in sum and substance, that he had previously been convicted of a felony.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MARK GRAYSON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s authorized electronic signature

_____
Edgardo Barbot
Detective
New York City Police Department

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 6th day of November, 2023.

_____
THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York

3